# BURSOR & FISHER
P.A.

**888 SEVENTH AVENUE**
**NEW YORK, NY 10019**
**www.bursor.com**

NEAL J. DECKANT
Tel: **646.837.7165**
Fax: **212.989.9163**
ndeckant@bursor.com

December 21, 2017

<u>*Via ECF and U.S. Mail*</u>

The Honorable William H. Pauley III
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Cohen v. Casper Sleep Inc. and Navistone, Inc.*, Case No. 1:17-cv-09325

Dear Judge Pauley:

I represent Plaintiff Brady Cohen in the above-referenced matter. Pursuant Rule I(D) of Your Honor's Individual Practices, the Parties hereby submit this joint request to extend the deadline for Defendants to respond to Plaintiff's Class Action Complaint from December 26, 2017 to January 22, 2018.

Defendant Casper Sleep Inc. was served on December 4, 2017. Defendant Navistone, Inc. was served on December 5, 2017. Accordingly, their deadline to respond is on December 26, 2017, but counsel have requested an extension to January 22, 2018 to fully investigate the facts at issue given the holiday season and year-end. Plaintiff does not oppose this request. No other extension of time has been requested in this case.

Very truly yours,

Neal J. Deckant

CC:   All counsel of record (via ECF)