AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-cv-09325

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Defendant NaviStone, Inc.
was received by me on *(date)* 11/29/2017.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Pursuant to an agreement between counsel for Plaintiff and counsel for Defendant NaviStone, Inc., NaviStone, Inc. agreed to accept service by email, which I completed on 12/05/2017.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1/19/2018

*Server's signature*

Neal J. Deckant
*Printed name and title*

Bursor & Fisher, P.A.
888 7th Avenue
New York, NY 10019
*Server's address*

Additional information regarding attempted service, etc: