UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BRADY COHEN, individually and on behalf of others similarly situated,

                 Plaintiff,

- v -

CASPER SLEEP, INC. and NAVISTONE, INC.,

                 Defendants.
-----------------------------------------------------------------X

Case No. 1:17-CV-09325 (WHP)

**RULE 7.1 STATEMENT**

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant NaviStone, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

       NONE.

Dated: New York, New York
       February 26, 2018

                                              Respectfully submitted,

                                              MENAKER & HERRMANN LLP

                                              By: _____
                                                       Richard G. Menaker

                                              *Attorneys for Defendant*
                                              *NaviStone, Inc.*

                                              10 East 40th Street
Of Counsel:                                  New York, NY 10016
BRANN & ISAACSON                   (212) 545-1900
David W. Bertoni, Esq.               rmenaker@mhjur.com
184 Main Street, #2
Lewiston, Maine 04240
*Attorneys for Defendant NaviStone, Inc.*