UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BRADY COHEN, individually and on behalf of others similarly situated,

                                Plaintiff,

                                   - v -

CASPER SLEEP, INC. and NAVISTONE, INC.,

                                Defendants.

------------------------------------------------------------------X

Case No. 1:17-CV-09325 (WHP)

**NOTICE OF MOTION**

TO THE COUNSEL LISTED BELOW:

      PLEASE TAKE NOTICE, that upon the annexed Amended Complaint, the accompanying Memorandum of Law, and all prior pleadings and proceedings herein, Defendant NaviStone, Inc. will move this Court before Hon. William H Pauley, III, U.S.D.J., at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 20B, New York, New York 10007, on the 27th day of April, 2018, at 11:00 in the forenoon, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) and 28 U.S.C. § 1367(c) dismissing the Amended Complaint and each Count therein, and for such other and further relief as the Court may deem just and proper. Answering papers shall be filed on or before March 29, 2018.

Dated: New York, New York
       March 1, 2018

                                                Respectfully submitted,

                                                MENAKER & HERRMANN LLP

                                                By: _____
                                                       Richard G. Menaker

                                                *Attorneys for Defendant*
David W. Bertoni, *Pro Hac Vice*                           *NaviStone, Inc.*
BRANN & ISAACSON                                        10 East 40th Street
184 Main Street, #2                                             New York, NY 10016
Lewiston, Maine 04240                                     (212) 545-1900
       Of Counsel.                                              rmenaker@mhjur.com

TO:    Scott A. Bursor
Neal J. Deckant
Frederick J. Klorczyk, III
Alec M. Leslie
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
*Attorneys for Plaintiff*

Michael G. Rhodes
Kyle C. Wong
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
*Attorneys for Defendant*
*Casper Sleep Inc.*