# MENAKER & HERRMANN
A LIMITED LIABILITY PARTNERSHIP
10 EAST 40TH STREET
NEW YORK, NEW YORK 10016-0301

RICHARD G. MENAKER
EXTENSION: 223
rmenaker@mhjur.com

TELEPHONE
(212) 545-1900

FACSIMILE
(212) 545-1656

WEBSITE
www.mhjur.com

April 11, 2018

**By Hand Delivery and ECF**

Hon. William H. Pauley, III, U.S.D.J.
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

> Re: Cohen v. Casper Sleep Inc. and NaviStone, Inc.
> Case No. 1:17-cv-09325 (WHP)
>
> Cohen v. Charles Tyrwhitt, Inc. and NaviStone, Inc.
> Case No. 1:17-cv-09389 (WHP)
>
> Cohen v. New Moosejaw, LLC and NaviStone, Inc.
> Case No. 1:17-cv-0391 (WHP)

Dear Judge Pauley:

Enclosed in accordance with § IV of Your Honor's Individual Practices is a courtesy copy of Defendant NaviStone, Inc.'s Reply Memorandum in Support of Its Motion to Dismiss. As discussed at the Case Management Conference on February 23, the memoranda in the three cases are identical other than captions and cover pages.

Pursuant to § III.F. of the Individual Practices, we hereby advise that NaviStone has submitted the following motion papers in connection with its motions to dismiss:

- Notice of motion with an annexed copy of amended complaint (Casper Docket No. 42; Charles Tyrwhitt Docket No. 36; New Moosejaw Docket No. 39);

- Memorandum of law in support of motion to dismiss (Casper Docket No. 43; Charles Tyrwhitt Docket No. 37; New Moosejaw Docket No. 40);

- Reply memorandum in support of motion to dismiss (Casper Docket No. 49; Charles Tyrwhitt Docket No. 41; New Moosejaw Docket No. 44).

Hon. William H. Pauley, III, U.S.D.J.
April 11, 2018
Page 2

Plaintiff Cohen has submitted a Memorandum of Law in Opposition (Casper Docket No. 48; Charles Tyrwhitt Docket No. 40; New Moosejaw Docket No. 43) that responds to NaviStone's motion and to the retailer defendants' motion on a consolidated basis.

We look forward to oral argument on April 27.

Respectfully yours,

Richard G. Menaker

Enclosure

cc:   Counsel of Record (w/o encl.)